# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR236** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CESAR LOPEZ-COTOM,** | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that document Number 8 be stricken from the Record for the following reason:

( X )   The entry is a duplicate of Document No. 7.

**IT IS ORDERED** that the Clerk's Office shall strike document number 8 from the record.

DATED this 3rd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge